1  William L. Schmidt, SBN 206870
2  Email: legal.schmidt@gmail.com
   **WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.**
3  PO Box 25001
   Fresno, CA 93729
4  Tel: 559.261.2222

5  Attorney for Plaintiff :
   Armando Diaz
6

7                        UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10  ARMANDO DIAZ,                          No. 1:23-CV-00065-JLT-SKO

11                  Plaintiff,             **STIPULATION TO MODIFY**
                    v.                     **SCHEDULING ORDER; ORDER**
12  The CITY OF MERCED,  CODY
    MCCOMB, NICOLAS DEJON,
13  DOMINIC SAELEE, and DOES 1-15,
    inclusive,
14

15                  Defendants.

16

17

18         Pursuant to Local Rule 143 the parties stipulate and ask the Court to Order that the

19  scheduling order entered on February 5, 2024 (ECF No. 14) be modified by extending the

20  discovery deadlines. The court granted one 60-day modification of discovery deadlines

21  previously. (ECF 14)

22         "The district court is given broad discretion in supervising the pretrial phase of litigation."

23  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

24  quotation marks omitted. Rule 16(b) provides that "[a] schedule may be modified only for good

25  cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if

26  it cannot reasonably be met despite the diligence of the party seeking the extension. '" Zivkovic

27  v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975

28  F.2d at 607).

                                            1

1

2       The parties have been diligent in their discovery efforts and as a result have determined

3  mediation at this time is prudent.

4       The plaintiff's deposition was taken on December 12, 2023, and Defendants McComb,

5  Saelee, and Dejon's depositions were taken on February 13, 2024. Defendants subpoenaed

6  records from the Sheriff's office and medical records related to the Plaintiff's arrest.

7       Plaintiff issued Request for Production of Documents and Special Interrogatories to all

8  Defendants and answers were timely received. Pending are recent Requests for Admission

9  directed to Defendants and deposition of two witnesses by Defendants set for May 7, 2024

10 (Guadalupe Valencia) and May 15, 2024 (Florence Baker).

11      Discovery has been proceeding in a timely and constructive manner, however recent

12 analysis of bodycam video produced by Defendants warrants further analysis by Plaintiff's video

13 expert which will take at least 2 weeks. Most relevant to this request is the anticipation of

14 successful settlement negotiations. Counsel for the parties have agreed to two potential mediators

15 and given ongoing discussions, the parties are optimistic that settlement can be reached.

16      Good cause exists for this extension. The parties have been diligent in conducting

17 discovery, including written discovery, depositions, expert retention, and setting further

18 depositions. The parties expect to participate in private mediation within 45 days.

19      The parties met and conferred on this issue and propose to modify the scheduling order as

20 follows:

21 **Non-Expert Discovery Deadline:**

22  June 24, 2024          (was May 24, 2024 [ECF 14])

23 **Expert disclosures Deadline:**

24 July 24, 2024          (was June 24, 2024 [ECF 14])

25 **Rebuttal Expert Disclosures Deadline:**

26 August 23, 2024          (was July 24, 2024 [ECF 14])

27 **Expert Discovery to close on:**

28  September 2, 2024        (was August 2, 2024 [ECF 14])

2

1

2 **<u>Non-Dispositive Motion Deadlines:</u>**

3 Filing September 2, 2024,      (was August 5, 2024 [ECF 14])

4 Hearing: TBD      (was September 11, 2024)

5 **<u>Dispositive Motion Deadlines:</u>**

6 October 2, 2024,                  (was September 2, 2024, [ECF 11)

7 Hearing TBD      (was October 7, 2024)

8 **<u>Deadline to Provide Proposed Settlement Conference Dates</u>**

9 November 13, 2024          (no change)

10 **<u>Pre-Trial Conference</u>**

11 December 2, 2024, at 1:30 p.m. (no change)

12          Courtroom 4

13 **<u>Trial</u>**

14 February 11, 2025, at 8:30 a.m. (no change)

15 Courtroom 4, 5-6 Trial Days

16

17 Dated: 5/2/24

18                                        **WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.**

19                                                  /s/William L. Schmidt

20                                                  William L. Schmidt,
                                                  *Attorney for Plaintiff*

21                                                  Armando Diaz

22

23 Dated: 5/2/24                  **LONGYEAR & LAVRA, LLP**

24                                                  /s/*Denny Yu*

25                                                  Denny Yu
                                                  *Attorneys for Defendants,*

26                                                  City of Merced, Cody McComb,
                                                  Nicholas de Jong and Dominic Saelee

27

28

3

## **ORDER**

The Court has reviewed the parties above Stipulation to Modify Scheduling Order (Doc. 15). Accordingly, IT IS HEREBY ORDERED that the deadlines in this case are amended as follows:[1]

|  | **Previous Deadline** | **Amended Deadline** |
|---|---|---|
| Non-Expert Discovery Deadline | May 24, 2024 | June 24, 2024 |
| Expert Disclosure Deadline | June 24, 2024 | July 24, 2024 |
| Rebuttal Expert Disclosures Deadline | July 24, 2024 | August 23, 2024 |
| Expert Discovery Deadline | August 2, 2024 | September 2, 2024 |
| Non-Dispositive Motion | Filing: August 5, 2024 Hearing: September 11, 2024 | Filing: September 9, 2024, Hearing: October 16, 2024 |
| Dispositive Motion | Filing: September 2, 2024 Hearing: October 7, 2024 | Filing:  October 2, 2024, Hearing: November 6, 2024 |
| Deadline to Provide Proposed Settlement Conferences Dates | November 13, 2024 | December 3, 2024 |
| Pre-Trial Conference | December 2, 2024, at 1:30 p.m. Courtroom 4 | January 6, 2025, at 1:30 p.m. Courtroom 4 |
| Trial | February 11, 2025, at 8:30 a.m. Courtroom 4 | March 3, 2025, at 8:30 a.m. Courtroom 4 |

IT IS SO ORDERED.

Dated:   **May 6, 2024**                               /s/ *Sheila K. Oberto*

                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties did not request new dates for their pre-trial conference and trial, but the Court has entered new dates to accommodate District Judge Thurston's schedule.

4