LONGYEAR, LAVRA & CAHILL, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Denny Yu, CSB No.: 345213
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: longyear@longyearlaw.com
cahill@longyearlaw.com
yu@longyearlaw.com

Attorneys for Defendants,
City of Merced, Cody McComb,
Nicholas de Jong [erroneously sued herein as "Nicolas Dejon"]
And Dominic Saelee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA FRESNO DIVISION

| | |
|---|---|
| ARMANDO DIAZ,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF MERCED, CODY McCOMB, NICOLAS DEJON, DOMINIC SAELEE, and DOES 1-15, inclusive<br><br>　　　Defendants. | Case No.: 1:23-CV-00065-JLT-SKO<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>**(Doc. 20)** |

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Good cause exists for this modification to the scheduling order. Plaintiff's counsel has filed a motion to withdraw. (ECF No. 17) Because of the pending motion, and in order to allow Plaintiff

additional time to procure experts and to obtain the necessary information required by FRCP Rule 26, the parties respectfully request that the Scheduling Order (ECF No. 16) be modified to extend the deadline for expert witness disclosures to August 30, 2024.

The parties met and conferred on this issue and propose to modify the scheduling order as follows:

**Expert Disclosures Deadline:**

- Friday, August 30, 2024 (was July 24, 2024 [ECF 16])

**Rebuttal Expert Disclosures Deadline:**

- Friday, September 27, 2024 (was August 23, 2024 [ECF 16])

**Expert Discovery to close on:**

- Friday, October 18, 2024 (was September 2, 2024 [ECF 16])

These changes should not affect the remaining deadlines.

Dated: July 30, 2024                              LONGYEAR, LAVRA & CAHILL, LLP

By:/s/ Denny Yu
   VAN LONGYEAR
   NICOLE M. CAHILL
   DENNY YU
   Attorneys for Defendants,
   City of Merced, Cody McComb,
   Nicholas de Jong and Dominic Saelee

Dated: July 30, 2024                              WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C.

/s/ William Schmidt [as authorized 7-30-24]
   WILLIAM SCHMIDT
   *Attorney for Plaintiffs*

# **ORDER**

The Court has reviewed the parties above Stipulation to Modify Scheduling Order. (Doc. 20.) Accordingly, for good cause shown (Fed. R. Civ. P. 16(b)(4)), the case schedule (Doc. 16) is MODIFIED as follows:[1]

|  | **Previous Deadline** | **Amended Deadline** |
|---|---|---|
| Expert Disclosure Deadline | July 24, 2024 | August 30, 2024 |
| Rebuttal Expert Disclosures Deadline | August 23, 2024 | September 27, 2024 |
| Expert Discovery Deadline | September 2, 2024 | October 18, 2024 |
| Non-Dispositive Motion | Filing: September 9, 2024<br>Hearing: October 16, 2024 | Filing: October 23, 2024<br>Hearing: November 27, 2024 |
| Dispositive Motion | Filing: October 2, 2024<br>Hearing: November 6, 2024 | Filing: November 13, 2024<br>Hearing: December 18, 2024 |
| Deadline to Provide Proposed Settlement Conferences Dates | December 3, 2024 | January 25, 2025 |
| Pre-Trial Conference | January 6, 2025, at 1:30 p.m.<br>Courtroom 4 | February 17, 2025, at 1:30 p.m.<br>Courtroom 4 |
| Trial | March 3, 2025, at 8:30 a.m.<br>Courtroom 4 | April 15, 2025, at 8:30 a.m.<br>Courtroom 4 |

IT IS SO ORDERED.

Dated:   **August 1, 2024**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The parties did not request new dates for the motion, pretrial, and trial deadlines, but the Court has entered new dates to allow the parties time to conduct discovery prior to motion practice and to prepare for trial.