**Justin D. Harris, #199112**
**HARRIS LAW FIRM, PC**
**7110 N. Fresno St., Suite 400**
**Fresno, California 93720**
**Telephone (559) 272-5700**
**Facsimile (559) 554-9989**
**jdh@harrislawfirm.net**

Attorneys for ARMANDO DIAZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO DIAZ,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF MERCED, et al.,<br><br>         Defendants. | Case No. 1:23-cv-00065 JLT SKO<br><br>STIPULATION TO SET EXPERT DISCOVERY DEADLINES, PRETRIAL DATES AND TRIAL DATE; ORDER THEREON<br><br>(Doc. 36) |

  On February 14, 2025, the Court issued a Minute Order (Text Only Entry) (Doc. 34) continuing the pretrial and trial dates and referring the request to extend discovery deadlines to the Magistrate Judge. On February 21, 2025, the Court issued an Order Granting Plaintiff's Application to Extend the Discovery Deadline to Permit Disclosure of Experts, Rebuttal Experts, and to Complete Expert Discovery (the "**Order**") (Doc. 35).

  Pursuant to the Order, the parties were within fourteen (14) days of the order "to meet and confer and submit mutually acceptable expert discovery disclosure, rebuttal expert disclosure, and expert discovery deadlines to the District Court in addition to and together with their proposed mutually acceptable revised trial and pretrial dates, as previously ordered. (Doc. 34)."


As a preliminary matter, the parties apologize to the Court for not filing this stipulation on March 7, 2025, as ordered. Though the parties did meet and confer, the press of other matters prevented the parties from completing and filing this sooner.

Pursuant to the Court's orders (Doc. 34, 35), the parties stipulate to the following expert discovery deadlines, pretrial dates and trial date:

**Expert disclosures Deadline:**
May 30, 2025

**Rebuttal Expert Disclosures Deadline:**
June 13, 2025

**Expert Discovery to close on:**
July 14, 2025

**Final Pre-Trial Conference:**
October 31, 2025, at 1:30 p.m.
Courtroom 4

**Trial:**
January 20, 2026, at 8:30 a.m.
Courtroom 4
5-6 Trial Days

| | |
|---|---|
| Dated: March 10, 2025 | HARRIS LAW FIRM, PC |
| | /s/ Justin D. Harris, Esq. |
| | JUSTIN D. HARRIS, ESQ. |
| | Attorneys for Plaintiff |
| Dated: March 10, 2025 | LONGYEAR, LAVRA & CAHILL, LLP |
| | /s/ Van Longyear, Esq. |
| | VAN LONGYEAR, ESQ. |
| | Attorneys for Defendants |



STIPULATION TO SET EXPERT DISCOVERY DEADLINES, PRETRIAL DATES AND TRIAL DATE; ORDER THEREON

Case 1:23-cv-00065-JLT-SKO   Document 37   Filed 03/12/25   Page 3 of 3

**ORDER**

The Court has reviewed the parties' foregoing Stipulation to Set Expert Discovery Deadlines, Pretrial Dates and Trial Date. (Doc. 36.) Accordingly, IT IS HEREBY ORDERED that Stipulation is GRANTED and the deadlines in this case are SET as follows:

**Expert disclosures Deadline:**
May 30, 2025

**Rebuttal Expert Disclosures Deadline:**
June 13, 2025

**Expert Discovery to close on:**
July 14, 2025

**Pre-Trial Conference:**
November 3, 2025, at 1:30 p.m.[1]
Courtroom 4

**Trial:**
January 21, 2026, at 8:30 a.m.
Courtroom 4
5-6 Trial Days

**Deadline to Provide Proposed Settlement Conference Dates:**
October 22, 2025, or 90 days before trial, whichever is later

IT IS SO ORDERED.

Dated:   **March 12, 2025**              /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] District Judge Thurston holds Pretrial Conferences on Mondays. The parties' proposed date has been adjusted accordingly.



STIPULATION TO SET EXPERT DISCOVERY DEADLINES, PRETRIAL DATES AND TRIAL DATE; ORDER THEREON

3